**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6338**

---

STEPHEN T. JONES,

Plaintiff - Appellant,

versus

JOHN DOE, Captain, Caldwell County Jail; JOHN
DOE, Sergeant, Caldwell County Jail; JOHN DOE,
Correction Officer, Caldwell County Jail; J.
AUSTIN, Correction Officer, Caldwell County
Jail; MIA LNU, Correction Officer, Caldwell
County Jail; JANE DOE, Nurse, Caldwell County
Jail; JANE DOE, Dietitian, Caldwell County
Jail,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville. Graham C. Mullen,
District Judge. (CA-95-111-5-MU)

---

Submitted: September 20, 1996      Decided: October 1, 1996

---

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Stephen T. Jones, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Jones v. Doe</u>, No. CA-95-111-5-MU (W.D.N.C. Feb. 22, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2